DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DANIELAX TREYRONE DANIELS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1441

_____

June 5, 2026

Appeal from the Circuit Court for Pasco County; Mary M. Handsel,
Judge and Stanley R. Mills, Senior Judge.

Blair Allen, Public Defender, and Tosha Cohen, Assistant Public
Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and William C.
Shelhart, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.


LUCAS, C.J., and KHOUZAM and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.